UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 24-cr-00030 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ROBERT RANDALL REINHART (01) | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of April, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE